# UNITED STATES DISTRICT COURT
## Western District of Tennessee

| | |
|---|---|
| United States of America | ORDER HOLDING PROBATIONER FOR REVOCATION HEARING |
| v. | |
| Charmane Jones | Case Number: 02-20098-B |

FILED BY _____ D.C.

05 JUL -6 PM 1:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

On June 30, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. The defendant was or had been advised of his rights under Rules 5 and 32.1(a)(1), Federal Rules of Criminal Procedure, and appeared with counsel, Murray Wells, who was retained.

The defendant had appeared for an initial appearance on 06/27/05 in the Northern District of Mississippi. At that hearing, the defendant was released on bond and therefore, a preliminary hearing on the violation was not required. *See* United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976); United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733(1976). However, a preliminary hearing had been set by the Northern District of Mississippi in this court for June 30, and at that time the defendant submitted a waiver of preliminary examination.

Accordingly, the defendant is held to a final revocation hearing before Judge J. Daniel Breen. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given.

S. Thomas Anderson, United States Magistrate Judge

Date: July 5, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:02-CR-20098 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT