# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 SEP 13 PM 2: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.                                    Case Number 2:02CR20098-B

CHARMANE JONES,
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Charmane Jones, was represented by Murray B. Wells, Esq.

It appearing that the defendant, who was convicted on August 28, 2003, in the above styled cause and was placed on Supervised Release for a period of two (2) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant shall remain in force and the defendant shall continue the current term as previously imposed and shall be sentenced a custody term of Time Served (6/30/05 - 6/30/05).

FURTHERMORE, the defendant shall be subject to the existing conditions of supervised release.

Signed this the 13th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 6/6/1979
U.S. Marshal No.: 18798-076
Defendant's Mailing Address: 2510 Lockmeade, Memphis, TN 38127

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-13-05

59



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:02-CR-20098 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT